AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 1:20MJ847 | Date and time warrant executed: 11/16/2020 6:02 AM | Copy of warrant and inventory left with: On Dining Room Table |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken and name(s) of any person(s) seized:

Items taken during search include papers, mail, two computers, two laptop computers, three iPad tablets, two cell phones, one hard drive, one SD card, two thumbdrives, and a used checkbook.

Seizure includes data contained within the above mentioned electronic devices including photos, videos, audio, calendars, call logs, contacts, financial data, geo-location data, messages, emails, documents, web history, Apple log history, wireless network info, and account detail info.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/19/2023

*Executing officer's signature*

Blane Wetzel, Special Agent
*Printed name and title*